IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03293-BNB

R. KIRK McDONALD,

    Plaintiff,

v.

ZIONS FIRST NATIONAL BANK N.A.,
DIANE HARTZ WARSOFF, V.P., Zions First National Bank, individually & personally,
BLOOM MURR ACCOMAZZO & SILER, a Colorado Law Firm,
JOSEPH A. MURR, employee of "BMAS" individually & personally,
DANIEL R. DELANEY, employee of "BMAS" individually & personally,
MARIS S. DAVIES, employee of "BMAS" individually & personally,
SIOBHAN GEMBA, paralegal-office manager of "BMAS" individually & personally,
ROBERT THOMAS MOORHEAD, Chief Judge of Eagle County, individually &
    personally,
RONDA HIGGINS, Eagle County, Clerk's Office, Law Clerk for the Honorable, Robert
    Thomas Moorhead individually & personally,
JACKIE COOPER, Eagle County, Clerk of the Court, individually & personally,
5th JUDICIAL DISTRICT-EAGLE COUNTY, Clerk of the Court-Eagle County, Jackie
    Cooper in their Eagle County & official capacities as clerk of the court,
5TH JUDICIAL DISTRICT-EAGLE COUNTY, a governmental entity of the state of
    Colorado, and
EAGLE COUNTY, a governmental entity for and of the state of Colorado,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, R. Kirk McDonald, initiated this action by filing *pro se* a Complaint With

Jury Demand (ECF No. 1) that is ninety-five pages long and includes a total of fifty

claims for relief under federal and state law. On December 20, 2013, Magistrate Judge

Boyd N. Boland entered an order directing Mr. McDonald to file an amended complaint

that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil

Procedure.  Mr. McDonald was warned that the action would be dismissed without further notice if he failed to file an amended complaint within thirty days.

Mr. McDonald has failed to file an amended complaint within the time allowed and failed to respond in any way to Magistrate Judge Boland's December 20 order. Therefore, the action will be dismissed without prejudice for failure to comply with a court order.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the Complaint With Jury Demand (ECF No. 1) and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. McDonald failed to comply with a court order.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  27th  day of      January      , 2014.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court