IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03293-LTB

R. KIRK McDONALD,

    Plaintiff,

v.

ZIONS FIRST NATIONAL BANK N.A.,
DIANE HARTZ WARSOFF, V.P., Zions First National Bank, individually & personally,
BLOOM MURR ACCOMAZZO & SILER, a Colorado Law Firm,
JOSEPH A. MURR, employee of "BMAS" individually & personally,
DANIEL R. DELANEY, employee of "BMAS" individually & personally,
MARIS S. DAVIES, employee of "BMAS" individually & personally,
SIOBHAN GEMBA, paralegal-office manager of "BMAS" individually & personally,
ROBERT THOMAS MOORHEAD, Chief Judge of Eagle County, individually &
    personally,
RONDA HIGGINS, Eagle County, Clerk's Office, Law Clerk for the Honorable, Robert
    Thomas Moorhead individually & personally,
JACKIE COOPER, Eagle County, Clerk of the Court, individually & personally,
5th JUDICIAL DISTRICT-EAGLE COUNTY, Clerk of the Court-Eagle County, Jackie
    Cooper in their Eagle County & official capacities as clerk of the court,
5TH JUDICIAL DISTRICT-EAGLE COUNTY, a governmental entity of the state of
    Colorado, and
EAGLE COUNTY, a governmental entity for and of the state of Colorado,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on January 27, 2014, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 27 day of January, 2014.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk

By: s/T.Lee
    Deputy Clerk